# Exhibit 2

Charted Claims:
Method Claims:1

| US7734283B2 | Boingo Media ("Accused Product") |
|---|---|
| A method for the opening of a wireless communication session using at least a management platform, a wireless access point and a user station, an advertising content being associated with at least a wireless access point at the management platform level, said method comprising the steps of: | The accused product practices a method for the opening of a wireless communication session using at least a management platform (e.g., Boingo Media platform), a wireless access point (e.g., router) and a user station (e.g., device), an advertising content being associated with at least a wireless access point (e.g., router) at the management platform (e.g., Boingo Media platform) level.<br><br>As shown below, the accused product enables Wi-Fi router (i.e., access points) to connect and manage user sessions. When a user connects to the Wi-Fi, the accused product can generate and send advertisements to the user's device. The user must view the advertisements for a set duration before being granted access to the network. After this period, the software can automatically generate login credentials for the user or present a login icon, allowing the user to establish a wireless connection.<br><br> |

https://www.boingo.com/media/

# Empower Mobile Consumers to Connect Across Premium Venues

Engage audiences with the first media placement seen before connecting, ahead of any other content or ads once online. Boingo Wi-Fi is available in:



### Airports

Engage travelers across over 30 US airports and 50 global airports, including New York, Chicago, Los Angeles, Miami, London, São Paulo and many more!"



### Transit

Sponsor free Wi-Fi for connected commuters in the largest transit centers in North America, including New York's Penn Station and Grand Central Madison



### Shopping Malls

Reach fashionistas, teens and tweens in action at premier malls across the U.S.



### Cafés

Help coffee lovers at cafés around the country connect to the internet and the people and things they love.



### Hotels

Make travelers feel at home with free Wi-Fi at hotels nationwide. Free Wi-Fi is the #1 most desired hotel amenity for U.S. travelers.



### Specialty Networks

Access niche audiences across unique venues and locations, from Rockefeller Center to the World Trade Center to the Hollywood Bowl.

https://www.boingo.com/media/



https://www.boingo.com/media/



https://www.boingo.com/media/

**Boingo Can Target Several Ways**



**Location**
Find your audience where they travel with our multi-dimensional targeting. Geo-target worldwide or venue-target down to a specific airport or even airport terminal.



**Device**
Isolate device types that match your audience and support your specific conversion goals. Choose from mobile, tablet or laptop; or segment even further and define by iOS and Android operating systems.



**Daypart**
Target mornings, evenings, weekdays or weekends to hit the right audience at the right time.

https://www.boingo.com/media/



https://corpsitev2-golden-prod.s3.amazonaws.com/wp-content/uploads/2019/06/C2147_Venue-Integration_02_01_19.pdf

| establishing a connection from the wireless access point to the management platform | The accused product practices establishing a connection from the wireless access point (e.g., router) to the management platform (e.g., Boingo Media platform). |
| | As shown below, the accused product connects with a Wi-Fi router (i.e., access point) to establish wireless connection. |



1. **Associate SSID:** the user connects to your router.
2. **Login Page:** the first page the user sees when logging onto your network. This is what the Boingo-Supplied Ad Code binds to.
3. **Sponsorship:** a series of pages to display the advertisement. The screenshots located on page four of this document show an example of this.
4. **Login Page:** an invisible redirect page for triggering authentication.
5. **Auth:** authenticate the device to use the internet.

This is technically the most complicated section where the partners have the most problems.

6. **Post-auth Action:** after authentication, your system makes a call to the Boingo Media platform to determine where the user used to be redirected to.
7. **Advertiser's Post-auth Page:** the webpage shown to a user who chooses to see more information about the advertisement.
8. **Default Post-auth Page:** this is your current post auth page.

*Fig. 1 - Post-Integration Flow*

https://corpsitev2-golden-prod.s3.amazonaws.com/wp-content/uploads/2019/06/C2147_Venue-Integration_02_01_19.pdf

HOW DOES WI-FI ADVERTISING WORK?

Wi-Fi advertising is distinct from traditional web-based advertising and standard Wi-Fi login methods. With Wi-Fi advertising, when users look to connect to Wi-Fi by opening a web browser or Wi-Fi-enabled app on their smartphone or computer, they are redirected to a captive portal. Ads are displayed in the captive portal through videos, banners, and other sponsored content. Once the users view and complete the ad engagement, their complimentary Wi-Fi experience begins.

https://www.boingo.com/good-stuff/advertising-at-airports-what-you-need-to-know/

| | |
|---|---|
| generating a request from the wireless access point to the management | The accused product practices generating a request from the wireless access point (e.g., router) to the management platform (e.g., Boingo Media platform), said request comprising at least an identifier (e.g., SSID of the router) of said wireless access point (e.g., router). |

| | |
|---|---|
| platform, said request comprising at least an identifier of said wireless access point; | As shown below, the accused product enables the user device to connect to router for Internet connection. The accused product displays a login page in the user's browser. When the user enters their username and password, the access point requests a wireless connection from the accused product by associating its SSID.<br><br>WHAT IS WI-FI ADVERTISING?<br><br>Airport Wi-Fi advertising refers to a marketing strategy in which brands and advertisers leverage the public Wi-Fi networks available in airports to promote their products, services, or messages to passengers. When travelers connect their devices to the airport's Wi-Fi network, they can be served a short advertisement before beginning their complimentary internet experience.<br><br>Wi-Fi advertising aims to deliver targeted ads based on location, daypart, device, demographics, and other data points to engage travelers logging into the free Wi-Fi service.<br><br>https://www.boingo.com/good-stuff/advertising-at-airports-what-you-need-to-know/<br><br>HOW DOES WI-FI ADVERTISING WORK?<br><br>Wi-Fi advertising is distinct from traditional web-based advertising and standard Wi-Fi login methods. With Wi-Fi advertising, when users look to connect to Wi-Fi by opening a web browser or Wi-Fi-enabled app on their smartphone or computer, they are redirected to a captive portal. Ads are displayed in the captive portal through videos, banners, and other sponsored content. Once the users view and complete the ad engagement, their complimentary Wi-Fi experience begins.<br><br>https://www.boingo.com/good-stuff/advertising-at-airports-what-you-need-to-know/ |

|  | a. Connect to the SSID<br>b. Open your browser if the captive network assistant (CNA)* is disabled<br>c. Login Page should appear<br>d. Select the login button. This is where Boingo takes over and redirects users to the Boingo Media platform.<br>e. You will be redirected to an ad. [See flow diagram below.]<br>f. The final step of the ad is a "call to action." This screen provides users with one or two buttons, both of which connect the user to the internet.<br>https://corpsitev2-golden-prod.s3.amazonaws.com/wp-content/uploads/2019/06/C2147_Venue-Integration_02_01_19.pdf |
| --- | --- |

## Ad Code Integration

- Ad codes are JavaScript functions that you can copy and paste into each of your existing login pages. The ad codes are responsible for redirecting clients to sponsorship advertisement and authenticating them after they have completed the advertisement flow. Boingo will work with your team to write ad codes specific to your login pages.

- Boingo's Flow – below is what your system's flow will look like after the Boingo Media integration:

1. **Associate SSID:** the user connects to your router.
2. **Login Page:** the first page the user sees when logging onto your network. This is what the Boingo-Supplied Ad Code binds to.
3. **Sponsorship:** a series of pages to display the advertisement. The screenshots located on page four of this document show an example of this.
4. **Login Page:** an invisible redirect page for triggering authentication.
5. **Auth:** authenticate the device to use the internet.
6. **Post-auth Action:** after authentication, your system makes a call to the Boingo Media platform to determine where the user used to be redirected to.

   *This is technically the most complicated section where the partners have the most problems.*
7. **Advertiser's Post-auth Page:** the webpage shown to a user who chooses to see more information about the advertisement.
8. **Default Post-auth Page:** this is your current post auth page.

Fig. 1 - Post-Integration Flow

https://corpsitev2-golden-prod.s3.amazonaws.com/wp-content/uploads/2019/06/C2147_Venue-Integration_02_01_19.pdf

| | |
|---|---|
| | **Boingo Can Target Several Ways**<br><br> **Location**<br>Find your audience where they travel with our multi-dimensional targeting. Geo-target worldwide or venue-target down to a specific airport or even airport terminal.<br><br> **Device**<br>Isolate device types that match your audience and support your specific conversion goals. Choose from mobile, tablet or laptop; or segment even further and define by iOS and Android operating systems.<br><br> **Daypart**<br>Target mornings, evenings, weekdays or weekends to hit the right audience at the right time.<br><br>https://www.boingo.com/media/ |
| extracting from said platform the advertising content associated with the identifier | The accused product practices extracting from said platform the advertising content associated with the identifier (e.g., SSID of the router).<br><br>As shown below, the accused product's integration code i.e., Ad Code binds with the login page. When the user connects to the router then this Ad Code extracts sponsorship advertisement from the platform and displays based on device type and SSID of the router.<br><br>**Integration Locations**<br>Boingo Media integration code is installed in two distinct locations.<br><br>1. **LOGIN PAGE**<br>Code should be installed in the first location, the login page, prior to any user action in your venue login page. This allows us to redirect users to an advertisement (e.g. a 30-second video).<br><br>2. **POST-AUTH**<br>The second location is in the controller for redirection to the advertiser's website after the user has seen the ad. This will require extra attention and understanding between Boingo and the venue partner. Generally a working session with Boingo is the best way to manage this step.<br><br>https://corpsitev2-golden-prod.s3.amazonaws.com/wp-content/uploads/2019/06/ |

C2147_Venue-Integration_02_01_19.pdf

1. **Associate SSID:** the user connects to your router.
2. **Login Page:** the first page the user sees when logging onto your network. This is what the Boingo-Supplied Ad Code binds to.
3. **Sponsorship:** a series of pages to display the advertisement. The screenshots located on page four of this document show an example of this.
4. **Login Page:** an invisible redirect page for triggering authentication.
5. **Auth:** authenticate the device to use the internet.
6. **Post-auth Action:** after authentication, your system makes a call to the Boingo Media platform to determine where the user used to be redirected to.
7. **Advertiser's Post-auth Page:** the webpage shown to a user who chooses to see more information about the advertisement.



Fig. 1 - Post-Integration Flow

https://corpsitev2-golden-prod.s3.amazonaws.com/wp-content/uploads/2019/06/C2147_Venue-Integration_02_01_19.pdf

HOW DOES WI-FI ADVERTISING WORK?

Wi-Fi advertising is distinct from traditional web-based advertising and standard Wi-Fi login methods. With Wi-Fi advertising, when users look to connect to Wi-Fi by opening a web browser or Wi-Fi-enabled app on their smartphone or computer, they are redirected to a captive portal. Ads are displayed in the captive portal through videos, banners, and other sponsored content. Once the users view and complete the ad engagement, their complimentary Wi-Fi experience begins.

https://www.boingo.com/good-stuff/advertising-at-airports-what-you-need-to-know/



https://corpsitev2-golden-prod.s3.amazonaws.com/wp-content/uploads/2019/06/C2147_Venue-Integration_02_01_19.pdf

| | |
|---|---|
| | **Boingo Can Target Several Ways**<br><br> **Location**<br>Find your audience where they travel with our multi-dimensional targeting. Geo-target worldwide or venue-target down to a specific airport or even airport terminal.<br><br> **Device**<br>Isolate device types that match your audience and support your specific conversion goals. Choose from mobile, tablet or laptop; or segment even further and define by iOS and Android operating systems.<br><br> **Daypart**<br>Target mornings, evenings, weekdays or weekends to hit the right audience at the right time.<br><br>https://www.boingo.com/media/ |
| sending said advertising content to said user station; | The accused product practices sending said advertising content to said user station (e.g., device).<br><br>As shown below, the accused product's integration code i.e., Ad code (which is basically a JavaScript function) binds with user login page which is responsible for redirecting user to sponsorship advertisement. |

## Ad Code Integration

- Ad codes are JavaScript functions that you can copy and paste into each of your existing login pages. The ad codes are responsible for redirecting clients to sponsorship advertisement and authenticating them after they have completed the advertisement flow. Boingo will work with your team to write ad codes specific to your login pages.

- Boingo's Flow – below is what your system's flow will look like after the Boingo Media integration:

1. **Associate SSID:** the user connects to your router.
2. **Login Page:** the first page the user sees when logging onto your network. This is what the Boingo-Supplied Ad Code binds to.
3. **Sponsorship:** a series of pages to display the advertisement. The screenshots located on page four of this document show an example of this.
4. **Login Page:** an invisible redirect page for triggering authentication.
5. **Auth:** authenticate the device to use the internet.

This is technically the most complicated section where the partners have the most problems.

6. **Post-auth Action:** after authentication, your system makes a call to the Boingo Media platform to determine where the user used to be redirected to.
7. **Advertiser's Post-auth Page:** the webpage shown to a user who chooses to see more information about the advertisement.
8. **Default Post-auth Page:** this is your current post auth page.

Fig. 1 - Post-Integration Flow

https://corpsitev2-golden-prod.s3.amazonaws.com/wp-content/uploads/2019/06/C2147_Venue-Integration_02_01_19.pdf

HOW DOES WI-FI ADVERTISING WORK?

Wi-Fi advertising is distinct from traditional web-based advertising and standard Wi-Fi login methods. With Wi-Fi advertising, when users look to connect to Wi-Fi by opening a web browser or Wi-Fi-enabled app on their smartphone or computer, they are redirected to a captive portal. Ads are displayed in the captive portal through videos, banners, and other sponsored content. Once the users view and complete the ad engagement, their complimentary Wi-Fi experience begins.

| | |
|---|---|
| | https://www.boingo.com/good-stuff/advertising-at-airports-what-you-need-to-know/ <br><br>  <br><br> https://corpsitev2-golden-prod.s3.amazonaws.com/wp-content/uploads/2019/06/C2147_Venue-Integration_02_01_19.pdf |
| displaying said advertising content at the user station | The accused product practices displaying said advertising content at the user station (e.g., user device). <br><br> As shown below, the accused product's Ad Code binds with login page to display advertisement. |

## Ad Code Integration

- Ad codes are JavaScript functions that you can copy and paste into each of your existing login pages. The ad codes are responsible for redirecting clients to sponsorship advertisement and authenticating them after they have completed the advertisement flow. Boingo will work with your team to write ad codes specific to your login pages.

- Boingo's Flow – below is what your system's flow will look like after the Boingo Media integration:

1. **Associate SSID:** the user connects to your router.
2. **Login Page:** the first page the user sees when logging onto your network. This is what the Boingo-Supplied Ad Code binds to.
3. **Sponsorship:** a series of pages to display the advertisement. The screenshots located on page four of this document show an example of this.
4. **Login Page:** an invisible redirect page for triggering authentication.
5. **Auth:** authenticate the device to use the internet.
6. **Post-auth Action:** after authentication, your system makes a call to the Boingo Media platform to determine where the user used to be redirected to.
7. **Advertiser's Post-auth Page:** the webpage shown to a user who chooses to see more information about the advertisement.
8. **Default Post-auth Page:** this is your current post auth page.

This is technically the most complicated section where the partners have the most problems.

Fig. 1 - Post-Integration Flow

https://corpsitev2-golden-prod.s3.amazonaws.com/wp-content/uploads/2019/06/C2147_Venue-Integration_02_01_19.pdf



# The Boingo Media Ad Flow

1. Login Page  2. Splash Screen  3. Video  4. Call to Action

https://corpsitev2-golden-prod.s3.amazonaws.com/wp-content/uploads/2019/06/C2147_Venue-Integration_02_01_19.pdf

HOW DOES WI-FI ADVERTISING WORK?

Wi-Fi advertising is distinct from traditional web-based advertising and standard Wi-Fi login methods. With Wi-Fi advertising, when users look to connect to Wi-Fi by opening a web browser or Wi-Fi-enabled app on their smartphone or computer, they are redirected to a captive portal. Ads are displayed in the captive portal through videos, banners, and other sponsored content. Once the users view and complete the ad engagement, their complimentary Wi-Fi experience begins.

https://www.boingo.com/good-stuff/advertising-at-airports-what-you-need-to-know/



https://corpsitev2-golden-prod.s3.amazonaws.com/wp-content/uploads/2019/06/C2147_Venue-Integration_02_01_19.pdf

| upon expiration of a | The accused product practices upon expiration of a preset time that is higher than the |

| | |
|---|---|
| preset time that is higher than the duration of the display of said advertising content at the user station level, thereby forcing said user to view said content for at least said preset time, automatically generating at least an identifier, password and login of said user | duration of the display of said advertising content at the user station (e.g., user device) level, thereby forcing said user to view said content for at least said preset time, automatically generating at least an identifier, password and login of said user.<br><br>As shown below, the accused product practices applying a preset time for the advertisement shown which forces the user to watch the advertisement for the preset time (e.g., minimum 15 secs) and after that the Ad Code authenticates the user by populating the login credentials.<br><br><br><br>https://corpsitev2-golden-prod.s3.amazonaws.com/wp-content/uploads/2019/06/ |

C2147_Venue-Integration_02_01_19.pdf

## Video format

Engage your target audience with a 15 or 30 second large-format video in a truly captive setting. You will then have the opportunity to direct users to complete an optional follow-on action (such as visiting your site/landing page). Your video will be the first message users see before they begin their internet session. Because they're not online yet, you'll get genuine attention and engagement not available with other pre-roll or mid-stream online video placements.

https://www.boingo.com/media/creative-specs-video-format/

6. **Video** ⓘ
**Laptop/Tablet:** 16:9 Ratio   **Mobile:** 16:9 Ratio or 9:16 Ratio (Vertical) 15-30 seconds length. Can be skipped after 15 seconds. Supported file types: .MOV, .MP4, .AVI.

https://www.boingo.com/media/creative-specs-video-format/



https://nimbus.c9w.net/wifi/promos/d85b42e22f434ae2865621ed29e66119/?__v=bG9naW5fdXJsPWh0dHA

lM0ElMkYlMkZlZGdlLmM5dy5uZXQlMkZ3aWZpX2Rlc3QuaHRtbCUzRmRlc3RfdXJsJTNEaHR0cCUyN

TNBJTJGJTJGd3d3LmJvaW5nby5jb20lMkZsYW5kaW5nLXBhZ2UtcGxhY2Vob2xkZXIlMkYmX19maWQ

9ZDg1YjQyZTIyZjQzNGFlMjg2NTYyMWVkMjllNjYxMTkmX192ZW51ZV9pZD10ZXN0X2JyYW5kZWQ

xYiZfX3Rlc3Q9MSZfX2ZvcmNlc3RhdGU9MSZfX2ZvcmNlc3RhdGU9MQ%3D%3D&is_single_click=false

## Integration Locations

Boingo Media integration code is installed in two distinct locations.

1. **LOGIN PAGE**
   Code should be installed in the first location, the login page, prior to any user action in your venue login page. This allows us to redirect users to an advertisement (e.g. a 30-second video).

2. **POST-AUTH**
   The second location is in the controller for redirection to the advertiser's website after the user has seen the ad. This will require extra attention and understanding between Boingo and the venue partner. Generally a working session with Boingo is the best way to manage this step.

**Login Page Integration**

A. Overview
   i. Boingo will provide ad code for each functionally distinct login page. As noted before, ad code is installed into your current login page and serves two primary roles:
      a. It redirects to the sponsored advertisement
      b. It triggers the authentication action (i.e. form submission)
   ii. To trigger the authentication action, the ad code mimics the action a user took to sign onto a particular Wi-Fi network.

   This could involve checking a check box, filling in an access code, or clicking a button. There are an infinite number of ways Wi-Fi authentication forms can be represented. Because of this a portion of the ad code must be custom tailored for each individual login page.

https://corpsitev2-golden-prod.s3.amazonaws.com/wp-content/uploads/2019/06/C2147_Venue-Integration_02_01_19.pdf

<table>
<tr>
<td></td>
<td>

**Q.** How do you handle access code, username and password protected properties?

The required user credentials are collected at the externally sponsored captive portal but are passed back to your login page in the form of URL query string parameters. The ad code will then populate the required login form fields prior to submission.

https://corpsitev2-golden-prod.s3.amazonaws.com/wp-content/uploads/2019/06/C2147_Venue-Integration_02_01_19.pdf

</td>
</tr>
<tr>
<td>opening a wireless connection session employing at least said automatically generated identifier, password and login of said user.</td>
<td>

The accused product practices opening a wireless connection session employing at least said automatically generated identifier, password and login of said user.

As shown below, the accused product after authenticating the user by auto populating the user credentials in the form prior to submission and provides a wireless internet connection session.

</td>
</tr>
</table>



# The Boingo Media Ad Flow

1. Login Page    2. Splash Screen    3. Video    4. Call to Action

https://corpsitev2-golden-prod.s3.amazonaws.com/wp-content/uploads/2019/06/C2147_Venue-Integration_02_01_19.pdf

**Ad Code Integration**

- Ad codes are JavaScript functions that you can copy and paste into each of your existing login pages. The ad codes are responsible for redirecting clients to sponsorship advertisement and authenticating them after they have completed the advertisement flow. Boingo will work with your team to write ad codes specific to your login pages.
- Boingo's Flow – below is what your system's flow will look like after the Boingo Media integration:

1. **Associate SSID:** the user connects to your router.
2. **Login Page:** the first page the user sees when logging onto your network. This is what the Boingo-Supplied Ad Code binds to.
3. **Sponsorship:** a series of pages to display the advertisement. The screenshots located on page four of this document show an example of this.
4. **Login Page:** an invisible redirect page for triggering authentication.
5. **Auth:** authenticate the device to use the internet.

This is technically the most complicated section where the partners have the most problems.

6. **Post-auth Action:** after authentication, your system makes a call to the Boingo Media platform to determine where the user used to be redirected to.
7. **Advertiser's Post-auth Page:** the webpage shown to a user who chooses to see more information about the advertisement.
8. **Default Post-auth Page:** this is your current post auth page.

https://corpsitev2-golden-prod.s3.amazonaws.com/wp-content/uploads/2019/06/C2147_Venue-Integration_02_01_19.pdf

| | |
|---|---|
| | **Q.** How do you handle access code, username and password protected properties?<br><br>The required user credentials are collected at the externally sponsored captive portal but are passed back to your login page in the form of URL query string parameters. The ad code will then populate the required login form fields prior to submission.<br><br>https://corpsitev2-golden-prod.s3.amazonaws.com/wp-content/uploads/2019/06/C2147_Venue-Integration_02_01_19.pdf |